September 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.A.L., C.C.L., JR., C.N.L., AND  M.R.L., CHILDREN

NO. 14-16-00614-CV

_____

This cause, an appeal from the judgment signed March 2, 2016, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by Father.

We further order this decision certified below for observance.